# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA (CHARLOTTE)

DR. TIGRESS SYDNEY ACUTE McDANIEL, JD      Case No.: 3:26-cv-00500
         Plaintiff,

         vs.                               Judge

VERIZON COMMUNICATIONS, INC.;
TRANS UNION LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.;
         Defendants.

## TRANS UNION LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Small Claims District Court, County of Mecklenburg, North Carolina, to the United States District Court for the Western District of North Carolina, on the following grounds:

1. Plaintiff Dr. Tigress Sydney Acute McDaniel, JD served Trans Union on or about May 29, 2026, with a Magistrate Summons and Amended Complaint for Money Owes filed in the Small Claims District Court, County of Mecklenburg, North Carolina. Copies of the Magistrate Summons and Amended Complaint for Money Owed are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"), alleges that Trans Union violated the FCRA, and alleges that Trans Union is liable under the FCRA. See Complaint generally.

3.       This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.       Pursuant to 28 U.S.C. § 1441, <u>et</u> <u>seq.</u>, this cause may be removed from the Small Claims District Court, County of Mecklenburg, North Carolina, to the United States District Court for the Western District of North Carolina.

5.       As of the date of this Notice Of Removal, Defendants Experian Information Solutions, Inc. ("Experian") and Verizon Communications, Inc. ("Verizon") have been served. Counsel for Trans Union has contacted counsel for Experian and Verizon and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C** and **Exhibit D**.

6.       Notice of this removal will promptly be filed with the Small Claims District Court, County of Mecklenburg, North Carolina and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the Small Claims District Court, County of Mecklenburg, North Carolina to this United States District Court, Western District of North Carolina, Charlotte Division.

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland (60678)
QUILLING, SELANDER, LOWNDS, WINSLETT &
 MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
E-Mail:  mkirkland@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of June, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| *None.* | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of June, 2026**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Tigress Daniel<br>1235 East Blvd Ste E #793<br>Charlotte, NC  28203 | |
|---|---|

*/s/ Marc F. Kirkland*

Marc F. Kirkland (60678)
QUILLING, SELANDER, LOWNDS, WINSLETT &
 MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
E-Mail:  mkirkland@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*